**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

July 27, 2016

Susan Racca
38th JDC
Cameron
P.O. Box 549
Cameron 70631, LA 70631

---

      In re: Civil Action No. 2:16–cv–00082–JTT–KK
          CROUCHER ET AL V. BELL HELICOPTER TEXTRON INC ET AL
          Your Case No. 10–19293

Dear Clerk:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

    THUS DONE  July 27, 2016.

                                                    TONY R. MOORE
                                                    CLERK OF COURT

                                                    G Roaix
                                                    DEPUTY CLERK OF COURT